FILED

DEC 8  2 39 PM '03

U.S. DISTRICT COURT
NEW HAVEN, CONN.

## UNITED STATES DISTRICT COURT
## DISTRICT OF CONNECTICUT

| | |
|---|---|
| PAUL MORASKI<br>    Plaintiff<br>v.<br>CITY OF NEW HAVEN<br>HOUSING AUTHORITY<br>    Defendant | Civil Action No.<br>3:01cv127 (GLG)<br><br><br><br>December 3, 2003 |

**PLAINTIFF'S, PAUL MORASKI, REQUEST FOR ENLARGEMENT OF TIME WITHIN WHICH TO RESPOND TO DEFENDANT'S MOTION TO ENFORCE JUDGMENT**

Plaintiff, Paul Moraski, in the above captioned matter hereby respectfully requests an enlargement of time to December 30, 2003 within which to respond to Defendant's motion to enforce settlement.

The Plaintiff
Paul Moraski

By: _____
His Attorney
Alexander Scheirer
The Alexander Scheirer Law Firm, LLC
2519 Whitney Avenue
Hamden, CT 06518
(203) 288-6955
Fed Bar Id: ct02107

1

## CERTIFICATION

The undersigned hereby certifies that a copy of the preceeding document was mailed via United States Mail, Postage Prepaid, First Class on this the 3rd Day of December, 2003 to:

Christopher Brigham, Esq.
Updike, Kelly & Spellacy
One Century Tower
265 Church Street
New Haven, Conn. 06510-7002

_____
Alexander Scheirer ct02107

2