```
UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT
-----------------------------------X
PAUL MORASKI,                      :
                                   :
          Plaintiff,               :      ORDER
                                   :
     -against-                     :
                                   :      3: 01 CV 127 (GLG)
CITY OF NEW HAVEN HOUSING AUTHORITY:
                                   :
          Defendant.               :
-----------------------------------X
```

The Plaintiff's Motion for Enlargement of Time [Doc. #55] to December 30, 2003 to respond to Defendant's motion to enforce settlement is hereby **GRANTED**.

          **SO ORDERED.**

**Dated:   December 11, 2003**
         **Waterbury, CT**                    _____/s/_____
                                              Gerard L. Goettel
                                              U.S.D.J.