FILED

JAN 5  1 17 PM '04

U.S. DISTRICT COURT
NEW HAVEN, CONN

**UNITED STATES DISTRICT COURT**
**DISTRICT OF CONNECTICUT**

| | |
|---|---|
| PAUL MORASKI | Civil Action No. |
|     Plaintiff | 3:01cv127 (GLG) |
| v. | |
| CITY OF NEW HAVEN | |
| HOUSING AUTHORITY | |
|     Defendant | December 30, 2003 |

**PLAINTIFF'S, PAUL MORASKI, RESPONSE TO DEFENDANT'S MOTION TO ENFORCE SETTLEMENT**

The undersigned counsel reports that a second manuscript settlement agreement has been prepared and forwarded to Plaintiff for execution. Thereafter the executed agreement shall be forwarded to Defendant's counsel for execution, thereby memorialized in final form the terms of the settlement. Plaintiff by his counsel, the undersigned, respectfully requests that the Court stay any action on Defendant's motion to compel settlement subject to a report back to the Court concerning status of the written settlement agreement and filing of a joint stipulation of dismissal on or by January 31, 2004.

                                                The Plaintiff
                                                Paul Moraski

                                                By: _____
                                                Alexander Scheirer
                                                The Alexander Scheirer Law Firm, LLC
                                                2519 Whitney Avenue
                                                Hamden, CT 06518
                                                (203) 288-6955
                                                Fed Bar Id: ct02107

1

## CERTIFICATION

The undersigned hereby certifies that a copy of the preceding document was mailed via United States Mail, Postage Prepaid, First Class on this the 30th Day of December, 2003 to:

Christopher Brigham, Esq.
Updike, Kelly & Spellacy
One Century Tower
265 Church Street
New Haven, Conn. 06510-7002

Alexander Scheirer ct02107

2