01CV127 TSCH

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

\* Telephonic Status of Settlement Conference Calendar

Honorable William I. Garfinkel, U.S. Magistrate Judge
915 Lafayette Boulevard
Bridgeport
Chambers Room #429

April 6, 2004

1:30 p.m.

Held
30 mins.

CASE NO. **3:01cv127 (GLG)**   **Moraski vs. New Haven Housing Authority**

Christopher L. Brigham
Updike, Kelly & Spellacy, P.C.
One Century Tower
265 Church St.
New Haven, CT 06510


Alexander Scheirer
Scheirer & Geller
2519 Whitney Ave.
Hamden, CT 06518


John Gerard Stretton
Edwards & Angell
Three Stamford Plaza
301 Tresser Boulevard, 13th FL.
Stamford, CT 06901


\* CHRIS BRIGHAM TO INITIATE THE CONFERENCE CALL TO JUDGE GARFINKEL.

THANKS.

BY ORDER OF THE COURT
KEVIN F. ROWE, CLERK