**UNITED STATES DISTRICT COURT**
**DISTRICT OF CONNECTICUT**

```
------------------------------------X
PAUL MORASKI,                       :
                                    :
        Plaintiff,                  :
                                    :   3: 01 CV 127 (GLG)
    -against-                       :        ORDER
                                    :
NEW HAVEN HOUSING AUTHORITY         :
        Defendant.                  :
------------------------------------X
```

**REFERRAL TO MAGISTRATE JUDGE**

This case is referred to Magistrate Judge William I. Garfinkel for the following purposes:

___  All purposes except trial, unless the parties consent to trial before the magistrate judge.

___  A ruling on all pretrial motions except dispositive motions.

___  To supervise discovery and resolve discovery disputes.

_X_  A ruling on the following motion which is currently pending: [**Doc. #54**] **Motion for Enforcement of Settlement**

___  Settlement conference.

___  A conference to discuss the following:

___  Other:

**SO ORDERED.**

**April 30, 2004**
**Waterbury, Connecticut.**

                                    _____/s/_____
                                    **Gerard L. Goettel**
                                    **United States District Judge**