UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

---

| | | |
|---|---|---|
| PAUL MORASKI | : | |
| | : | |
| Plaintiff, | : | CIVIL ACTION NO. |
| | : | 3:01-cv-127 (GLG) |
| v. | : | |
| | : | |
| CITY OF NEW HAVEN HOUSING | : | |
| AUTHORITY and CITY OF NEW HAVEN | : | |
| | : | |
| Defendants. | : | |

---

### RECOMMENDED RULING ON DEFENDANT'S
### MOTION FOR ENFORCEMENT OF SETTLEMENT AGREEMENT

Currently pending is New Haven Housing Authority's ("NHHA") Motion for Enforcement of Settlement (Doc. # 54).

Defendant, New Haven Housing Authority, moves this Court for enforcement of a settlement agreement ("agreement") entered into between the Defendant and the Plaintiff at a mediation before this Court on July 16, 2003.

Defendant notes in its Motion for Enforcement of Settlement that "[i]t has now been more than four months since [the Plaintiff] agreed, in the presence of the Court, to settle the above-captioned litigation." Def. Mot. Enforcement Settle., Doc. # 54, p. 5.  The Court agrees with Defendant's contention that the Plaintiff "knowingly and voluntarily agreed to settle on the terms set forth…which were clear and unambiguous." *Id.*  The Court recommends that Plaintiff be ordered to execute the revised Settlement Stipulation Agreement and comply with the terms of settlement within two weeks or be subjected to dismissal of his claims against the New Haven Housing Authority.

**CONCLUSION**

The undersigned recommends that Defendant's Motion for Enforcement of Settlement (Doc. # 54) be GRANTED. The undersigned recommends that Plaintiff be ordered to execute the settlement agreement within two weeks of the District Court Judge's adoption of this recommended ruling. The undersigned recommends that, should Plaintiff failure to timely execute the settlement agreement, the Court dismiss his claims against the NHHA. The parties shall file a stipulation of dismissal pursuant to Local Rule 41(b) within thirty days of the District Judge's adoption of this ruling.

The parties may seek the district judge's review of this recommendation. See 28 U.S.C. § 636(b) (written objection to ruling must be filed within **ten** days after service of same); Fed. R. Civ. P. 6(a), 6(e) & 72; Rule 72 of the Local Rules for the United States District Court for the District of Connecticut; Small v. Secretary of HHS, 892 F.2d 15, 16 (2d Cir. 1989) (failure to file timely objection to Magistrate Judge's recommended ruling may preclude further appeal to Second Circuit).

SO ORDERED this 26th day of May, 2004, at Bridgeport, Connecticut.

> */s/William I. Garfinkel*
> William I. Garfinkel
> U.S. Magistrate Judge