UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| PAUL MORASKI | : | |
| Plaintiff, | : | NO.  3:01cv127 (MRK) |
| v. | : | |
| CITY OF NEW HAVEN HOUSING AUTHORITY and CITY OF NEW HAVEN, | : | |
| Defendants. | : | |

## ORDER

Magistrate Judge Garfinkel's Recommended Ruling on Defendant New Haven Housing Authority's Motion for Enforcement of Settlement Agreement [doc. #61] is ADOPTED and Defendant's Motion for Enforcement of Settlement Agreement [doc. #54] is GRANTED for the reasons set forth in the Recommended Ruling and absent objection. The Plaintiff is ordered to execute the revised Settlement Stipulation Agreement and comply with its terms of settlement by **July 1, 2004**. If Plaintiff fails to timely execute the settlement agreement, the Court will dismiss his claims against Defendant New Haven Housing Authority. The parties shall file a stipulation of dismissal pursuant to Local Rule 41(b) by **July 19, 2004**.

IT IS SO ORDERED.

/s/        Mark R. Kravitz
United States District Judge

Dated at New Haven, Connecticut: June 16, 2004