UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

PAUL MORASKI : No. 3:01cv127 (MRK)
    Plaintiff :
v. :
:
CITY OF NEW HAVEN :
HOUSING AUTHORITY :
    Defendant : JUNE 25, 2004

## MOTION FOR ENLARGEMENT OF TIME TO COMPLY WITH ORDER OF THE COURT NUNC PRO TUNC

The undersigned being the counsel of record for the Plaintiff, Paul Moraski, respectfully moves that the Court (Hon. Mark R. Kravitz, USDJ) grant an enlargement of time from July 1, 2004 to July 9, 2004 by which the Plaintiff is to execute the revised settlement stipulation agreement and comply with the terms of settlement. The undersigned has provided Plaintiff with a transcript of the settlement terms as entered on the record into before the Court (Hon. Wm. Garfinkle, USMJ) and a revised settlement stipulation agreement reflecting the terms agreed to on the record. The foregoing was accomplished on June 14, 2004. To date, the undersigned has not received a response from Plaintiff, but shall continue in his effort to elicit Plaintiff's response.

Furthermore, the undersigned requests that the date for the filing of stipulation of dismissal be enlarged to July 27, 2004 from the July 19, 2004 date set by the Court.

A request for an enlargement of time as to the order of the Court dated June 16, 2004 in this matter has not been previously filed.

Counsel the Plaintiff, City of New Haven Housing Authority does not object to the Court giving favorable consideration to and the granting of Plaintiff's request to enlarge time.

THE PLAINTIFF
Paul Moraski

By:_____
Alexander Scheirer, Esq.
The Alexander Scheirer Law Firm, LLC
2519 Whitney Avenue
Hamden, CT 06518
(203) 288-6955
E-mail: attyscheirer@sbcglobal.net
Fed Bar ID: ct02107

## **CERTIFICATION**

The undersigned hereby certifies that a copy of the foregoing motion for enlargement of time Nunc pro tunc has been mailed via United States Mail, First Class, postage prepaid on this the 25th day of June 2004 to:

Christopher L. Brigham, Esq. - Counsel for the Defendant City of New Haven Housing Authority
Updike, Kelly & Spellacy, P.C.
One Century Tower
265 Church Street
New Haven, CT 06510

_____
Alexander Scheirer, Esq.
Ct02107

THE ALEXANDER SCHEIRER LAW FIRM, LLC • 2519 WHITNEY AVENUE • HAMDEN, CONNECTICUT 06518 • (203) 288-6955