UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| PAUL MORASKI | : | |
| Plaintiff, | : | NO.  3:01cv127 (MRK) |
| v. | : | |
| CITY OF NEW HAVEN HOUSING AUTHORITY and CITY OF NEW HAVEN, | : | |
| Defendants. | : | |

## ORDER

The Motion For Enlargement Of Time To Comply With Order Of The Court Nunc Pro Tunc [doc. # 63], dated June 25, 2004, is GRANTED.  Plaintiff shall execute the revised Settlement Stipulation Agreement and comply with its terms of settlement by **July 9, 2004**. If Plaintiff fails to timely execute the settlement agreement, the Court will dismiss his claims against Defendant New Haven Housing Authority. The parties shall file a stipulation of dismissal pursuant to Local Rule 41(b) by **July 27, 2004**.

IT IS SO ORDERED.

/s/        Mark R. Kravitz
United States District Judge

Dated at New Haven, Connecticut: June 29, 2004