UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| PAUL MORASKI | : | |
| | : | |
| Plaintiff, | : | NO.   3:01cv127 (MRK) |
| | : | |
| v. | : | |
| | : | |
| | : | |
| CITY OF NEW HAVEN HOUSING | : | |
| AUTHORITY and CITY OF | : | |
| NEW HAVEN, | : | |
| | : | |
| Defendants. | : | |

## JUDGMENT

Notice having been sent to counsel of record on June 29, 2004 pursuant to Local Rule 41(b), indicating that the above-entitled case would be dismissed if closing papers were not filed on or before July 27, 2004 as to City of New Haven Housing Authority only.

No closing papers having been received and no further requests for continuance having been received, it is hereby, ORDERED that the complaint on file herein, be and hereby is, dismissed pursuant to Local Rule 41(b) as to City of New Haven Housing Authority, without costs to any party and without prejudice to the right of any party thereto to move within 30 days hereof, upon good cause shown, to reopen the case if the settlement has not been consummated.

Dated at New Haven, Connecticut, this 16th day of August 2004.

KEVIN F. ROWE, Clerk
By  /s/ Kenneth R. Ghilardi
Kenneth R. Ghilardi
Deputy Clerk

EOD: _____